David C. SHARP, Plaintiff—Appellant,

v.

COSTCO WHOLESALE
CORPORATION, Defendant—Appellee.

No. 08–2041.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 29, 2009.

Decided: June 29, 2009.

James S. Maxwell, Joel R. Zuckerman, Ethan S. Burger, Maxwell & Barke, LLC, Rockville, Maryland, for Appellant. Charles A. Valente, Margaret A. Lavanish, Krasnow Saunders Cornblath, LLP, Chicago, Illinois, for Appellee.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David C. Sharp appeals the district court's order granting the defendant's motion to dismiss for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sharp v. Costco Wholesale Corp.,* 577 F.Supp.2d 767 (D.Md.2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*